ROBERTS v SALMI, LPC, No. 150919; reported below: 308 Mich App 420. The parties shall address whether a mental health professional has a duty of care to third parties who might foreseeably be harmed by the mental health professional's use of techniques that cause a patient to have false memories of sexual abuse.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

*Orders Granting Oral Argument in Cases Pending on Application for Leave to Appeal Entered September 16, 2015:*

CORL v HURON AND EASTERN RAILWAY COMPANY, INC, No. 150970; Court of Appeals No. 319004. The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the Court of Appeals decision conflicts with *Paddock v Tuscola & Saginaw Bay Railway Company*, 225 Mich App 526 (1997), and MCL 462.317; and (2) whether *Paddock* was correctly decided. The parties should not submit mere restatements of their application papers.

WADE v MCCADIE, No. 151196; Court of Appeals No. 317531. The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the 91-day extension provided in MCL 600.2912d(3) for filing an affidavit of merit applies where the plaintiff claims that the defendants did not produce all medical records within 56 days after receipt of the notice of intent as required by MCL 600.2912b(5); (2) whether the defendants were obligated, under MCL 600.2912b(5), to explain to the plaintiff that certain records could not be produced because they had been destroyed; and (3) whether billing records are medical records for purposes of MCL 600.2912b(5). The parties should not submit mere restatements of their application papers.

*Leave to Appeal Denied September 16, 2015:*

NATIONAL WILDLIFE FEDERATION YELLOW DOG WATERSHED PRESERVE, INC v DEPARTMENT OF ENVIRONMENTAL QUALITY, No. 150120; reported below: 306 Mich App 336.